UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

JOHN DOE, a/k/a
AN UNKNOWN INDIVIDUAL
USING THE IDENTITY OF E.Z.R.,

　　　　　　　Defendant.

Case No. 1-12-cr-00235-BLW

**REPORT AND
RECOMMENDATION**

On December 20, 2012, MAURICIO BECERRIL, the named Defendant JOHN

DOE, a/k/a AN UNKNOWN INDIVIDUAL USING THE IDENTITY OF E.Z.R.,

appeared before the undersigned United States Magistrate Judge to enter a change of plea

pursuant to a written plea agreement.  The Defendant executed a waiver of the right to

have the presiding United States District Judge take his change of plea.  Thereafter, the

Court explained to the Defendant the nature of the charges contained in the applicable

Indictment (Dkt. 1), the maximum penalties applicable, his constitutional rights, the

impact that the Sentencing Guidelines will have, and that the District Judge will not be

bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the

Defendant, his counsel, and the government, finds that there is a factual basis for the

**REPORT AND RECOMMENDATION - 1**

Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a  presentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1) The District Court accept Defendant MAURICIO BECERRIL's pleas of guilty to Counts Two and Four of the Indictment (Dkt. 1),

2) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts One and Three of the Indictment (Dkt. 1) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: <u>December 20</u>, 2012.

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 2**